# DECLARATION OF CARIANN NEWBY

My name is Cariann Newby. I am at least eighteen years old and have personal knowledge of the facts set forth herein.

I was originally hired by Beall's, Inc. ("Beall's") on December 18, 2014 to work as an Area Manager at the Beall's department store located at 6355 Manatee Avenue West, Bradenton, Florida. I worked as an Area Manager at that store until I accepted the position of Store Operations Coordinator with Beall's on December 14, 2015. I am presently employed by Beall's in the Store Operations Coordinator role.

I was paid on a salary basis while I was an Area Manager. My salary was $ 47,500 . I typically was scheduled to work five days per week. On each of those days, I typically worked a 10-hour shift, which included a one-hour meal break. Therefore, I typically worked 45-50 hours per week. This varied upwards during the holiday season, but the only time I worked more than 50 hours per week was during the holiday season.

As an Area Manager, the departments or areas of the store that I was in charge of overseeing were the Misses, Women, and Petite departments. I routinely directed the work of at least  15-25  full-time sales associates. On a regular basis, I supervised and directed the work of more than  10  sales associates who worked in my departments. I supervised even more associates during shifts when I was the only manager in the store, which occurred at least once each week. On these shifts, when I acted as the "closing shift" manager, I was the highest-level employee in the store, and I was responsible for supervising all other employees in the store for a period of at least 3-4 hours.

When I applied to be an Area Manager with Beall's, I recall seeing the job description on the posting for the job. In my experience, the job description accurately described the duties I performed as an Area Manager.

My primary job duty was managing the associates in the store. I estimate that I spent no more than 40% of my time doing tasks that I was not required to be a manager to do. Even when I was doing task-oriented things that I did not necessarily have to be a manager to do, I would also be performing management duties. For example, while folding clothes, I would talk to the associate who was assisting me about how to provide customer service, or I would talk to the visual merchandiser about what merchandise seemed to be selling and what products should be placed toward the front of the department where they would be noticed by customers. We used walkie-talkies, and I could give direction to associates and help them resolve issues via the walkie-talkie even when I was performing a task that could have been done by a sales associate.

Every Area Manager took at least one 2-hour shift as a "Team Sales Lead" during each day that we worked (and often more than such shift). This meant we would walk the store to identify any areas that needed to be addressed. We would direct the associates in that area to address whatever issue we had identified, and if no one was available, we would fix the issue in the interest of maintaining a certain standard of customer service and store quality. While acting as the Team Sales Lead, I would regularly communicate with associates as they were starting

their shift about what needed to be done in the store that day, and would communicate with them at the end of their shifts about how they did in terms of meeting goals for the day. I would also regularly direct associates to take scheduled breaks when they were supposed to, in order to ensure that the store was properly staffed at all times and that associates received the breaks they were supposed to take.

Initially, my Store Manager created the schedule for all employees in the store. After I had been on the job for about four months, however, she turned that responsibility over to me as to the employees in my departments. I had discretion to make decisions about sending employees home early in certain circumstances. For example, I was aware that the company measured the cost of labor against the amount of sales for the store. Therefore, if we had a certain sales goal for the day and for some reason we were very slow with sales that day and were not going to meet the goal by around 6:00 p.m. (which is three hours before the store closed), I could approve some associates to clock out earlier than their scheduled end-of-work time and leave. This helped the store stay on track because it meant the company would spend less on the cost of labor on a day when the store was expected to make a lower than anticipated amount of money from sales. I was able to make this decision about calling people off of their shifts early without consulting with the Store Manager or anyone else after I reviewed our sales goal and the total sale report for the day.

I frequently interviewed candidates for sales associate positions. During these interviews, there was another mid-level manager present who participated by asking any follow-up questions he or she may have had. I would assess the candidates and speak to my Store Manager about them after the interviews. Only my Store Manager could make the ultimate decision about whether to hire candidates, but she trusted my opinion, especially when it came to staffing my departments.

During the busy holiday season in 2014, my Store Manager told me that she wanted to have a "lead" associate to run the cash registers. She asked me to give her a recommendation for this promotion. In turn, I approached one of the associates I had noticed who seemed to be performing very well, and told her that we wanted to consider her for the lead position. I told her that I would be observing her for a period of time to determine if she was ready to take on the additional responsibility. After observing and evaluating the associate for the next couple of weeks, I determined that she was a good candidate for the promotion. I recommended her to my Store Manager, and my Store Manager agreed and promoted her. After this employee was promoted, I made a point to continue assisting and mentoring her, since I knew the additional responsibility was something new for her. I would coach and encourage her at times when I saw she had missed opportunities to improve upon her customer service skills and achieve the goals of her job.

I was regularly involved in training, teaching, and coaching associates. In fact, I was the "Credit Captain" for our store. That meant that I would approach new associates and teach them about the store's goals for enlisting customers for the Beall's credit card program. I explained to the associates why it was important for customers to open credit accounts, in terms of the store's overall success, and also informed them about how sales associates were expected to participate in this effort and meet certain goals.

To further our store's customer credit account success, I created a "Credit Mentee" program at our store. The program was designed to engage associates with the store's customer credit account goals and increase the profitability of the store in this respect. We selected three associates per area at a time, and did focused training with them on how to increase their numbers with respect to the customer credit account goal. During these intensive mentoring training periods, I would stand next to the associates when they were ringing up customers and model the appropriate conversation for them. We had weekly meetings or "touch bases" and sometimes did role playing exercises to teach the associates how to solicit customers successfully for the Beall's credit card. I would then keep track of these associates and their progress on meeting the credit account goals, and would review their progress at the end of the month.

Additionally, during my time as an Area Manager, we switched to a different POS system. I had to review all the materials and be knowledgeable about the new system before we rolled it out so that I could train the associates and answer any questions they had.

One of my regular responsibilities was evaluating the performance of sales associates. I completed 45-day and 75-day reviews of new associates, which included not just filling out the evaluation form and signing off on it, but having a one-on-one conversation (between myself and the associate) to discuss how the associate felt he or she was performing, and to provide feedback about how management felt the associate was performing. I also did annual reviews of the sales associates. Once I had designated my ratings for the various categories on the annual reviews, I discussed my ratings with the Store Manager, and we talked over any differences of opinion we had as to the ratings, and then decided together whether any of the ratings I had initially made should be changed. I would then administer the annual evaluations to the associates by myself, spending 10-15 minutes with each associate.

I also participated in disciplining sales associates for misconduct and performance-related reasons. When we were having an attendance problem among the employees at our store for example, I actually suggested to my Store Manager that we keep an Excel spreadsheet to track attendance, and have each sales associate sign an acknowledgement of the sheet tracking his or her attendance each time he or she missed work or came in late, to try and resolve the attendance problem. The idea was to require the associates to acknowledge each time they had an attendance issue, so that they would be more aware that their attendance issues could lead to further disciplinary action. My Store Manager agreed with this program, and I volunteered to maintain the spreadsheet. We agreed that if an associate had a certain number of acknowledgements signed, they would be subject to further disciplinary action. The spreadsheet / acknowledgement program ultimately turned around the attendance problem at the store.

Even though I did not have explicit authority to fire associates, my recommendations were taken seriously by my Store Manager. For example, when I learned that two employees were dating each other and were spending too much time talking while on the sales floor, I brought it to my Store Manager's attention and told her that I thought we (as management) needed to address the situation with them. My Store Manager said I was right, and we ended up sitting down with both of these employees to counsel them about how they needed to pay

attention to their jobs while they were at work and keep the personal aspect of their relationship out of the workplace.

On another occasion, I had a sales associate curse at me, loudly, on the sales floor. I took the associate aside, told her that her behavior was unacceptable and that she was out of line, and that I would circle back with her after speaking to the Store Manager. I then informed the Store Manager, and the Store Manager formally issued a written warning to the associate.

One of my most important duties as an Area Manager was securing the store. When I was the closing manager for example, I pulled every cash register drawer, verified the amount that was to be deposited into the bank and the amount that could be kept in the safe, and took deposits of store funds to the bank. I was also a key holder, which meant I could open and close the store.

I did a number of other functions that I considered to be managerial in nature and that required an exercise of discretion. For example, I would often make executive decisions to honor certain coupons in the interest of customer service. I would have to put my number in the system to override this, which is not something an associate could do. I did not contact my Store Manager for approval every time I did this.

My Store Manager generally provided guidance and would check in to see if I (and other Area Managers) needed anything, but she gave us discretion to do the job in our own way. I do not think that every Area Manager performed the job the same way. I think some performed better when they had more direction from the Store Manager, while others did not. I think this has to do with an individual's management style.

I understand that several former Area Managers for Beall's have brought a lawsuit against Beall's, and that the lawsuit may become a collective action. I understand that Beall's may use this Declaration in its defense of that lawsuit. I further understand that this Declaration may be used in a manner which could adversely affect my ability to join that lawsuit, or which could adversely affect any claims I may have against Beall's related to my wages and my classification as an exempt employee. I am providing this Declaration of my own free will, and have not been coerced, pressured, or forced to give this Declaration. Beall's and its attorneys did not make any promises or threats when I was asked to provide this Declaration.

**Under penalties of perjury, I declare that I have read the foregoing Declaration and that the facts stated in it are true to the best of my knowledge and belief.**

_____
CARIANN NEWBY

8/19/2016
_____
DATE